**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

           Case No.:  13−22472−ABA
           Chapter:  7
           Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Darlene Mullins
   124 Meadowlark Road
   Stratford, NJ 08084

Social Security No.:
   xxx−xx−7749

Employer's Tax I.D. No.:

**NOTICE OF APPOINTMENT OF SUCCESSOR TRUSTEE
AND RESCHEDULING OF MEETING
OF CREDITORS**

    NOTICE IS HEREBY GIVEN that Andrew Sklar was appointed pursuant to 11 U.S.C. Section 701(a), as Interim Trustee, replacing John W. Hargrave, Esq.,.

    ACCORDINGLY, the meeting of creditors has been rescheduled to:

Date:              10/21/16
Time:             10:30 AM
Location:       Bridge View Building, Suite 102, 800 Cooper Street, Camden, NJ 08101

    Please note, all previously scheduled deadlines remain the same.

Dated: September 8, 2016
JJW:

                                                                              James J. Waldron
                                                                               Clerk

```
                                United States Bankruptcy Court
                                     District of New Jersey
In re:                                                                 Case No. 13-22472-ABA
Darlene Mullins                                                        Chapter 7
        Debtor                   CERTIFICATE OF NOTICE
District/off: 0312-1            User: admin                 Page 1 of 2                  Date Rcvd: Sep 08, 2016
                                Form ID: 199                Total Noticed: 39


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 10, 2016.
db             +Darlene Mullins,    124 Meadowlark Road,    Stratford, NJ 08084-1912
aty            +Joel A. Ackerman,    Zucker Goldberg & Ackerman,     200 Sheffield Street,    Suite 301,
                 Mountainside, NJ 07092-2315
aty             Michael S. Ackerman,    Zucker, Goldberg & Ackerman,     200 Sheffield St.,    Suite 301,
                 PO Box 1024,    Mountainside, NJ 07092-0024
aty            +Nicholas S. Herron,    880 E. Elmer Road,    Vineland, NJ 08360-6466
aty            +Seymour Wasserstrum,    Law Offices of Seymour Wasserstrum,     205 West Landis Avenue,
                 Vineland, NJ 08360-8103
513987441      +American Express,    PO Box 1270,    Newark, NJ 07101-1270
514245250       American Express Centurion Bank,     c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513987442       Bank Of America,    PO Box 15716,    Wilmington, DE 19886-5716
513987443       Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
513987449     ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Home Depot Credit Services,     PO Box 182676,
                 Columbus, OH 43218-2676)
513987444      +Camden County Superior Court,    101 South Fifth Street,    Camden, NJ 08103-4001
513987445       Chadwicks Of Boston,    PO Box 659728,    San Antonio, TX 78265-9728
514011086      +Department Stores National Bank/Macy's,    Bankruptcy Processing,     Po Box 8053,
                 Mason, OH 45040-8053
514007445      +Department Stores National Bank/Macys,    Bankruptcy Processing,     Po Box 8053,
                 Mason, OH 45040-8053
514036694      +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
513987452      +Macys,    PO Box 8218,    Mason, OH 45040-8218
513987453      +Nationwide Credit, Inc,    PO Box 26314,    Lehigh Valley, PA 18002-6314
513987454      +Parkside Resorts,    1827 Merrimac Trail,    Williamsburg, VA 23185-5905
513987455       Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
513987456      +The Law Offices Of Dawn J Leeds,    1206 N Delware Street,    Paulsboro, NJ 08066-1321
513987457      +United Collection Bureau, Inc,    PO Box 1448,    Maumee, OH 43537-8448
514217564      +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,     200 Sheffied Street, Suite 301,
                 Mountainside, NJ 07092-2315
514218077      +Wells Fargo Bank, NA,    Attn: Bankruptcy Dept.,    MAC #D3347-014,    3476 Stateview Blvd,
                 Fort Mill, SC 29715-7203
513987458      +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
513987459      +Zucker Goldberg And Ackerman, LLC,     200 Sheffield Street Suite 301,    PO Box 1024,
                 Mountainside, NJ 07092-0024
513987460     #+Zwicker & Associates PC,    1101 Laurel Oak Rd, Suite 130,    Voorhees, NJ 08043-4322

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr             +E-mail/Text: pmarraffa@standingtrustee.com Sep 08 2016 23:08:06      Isabel C. Balboa,
                 Chapter 13 Standing Trustee,    Cherry Tree Corporate Center,    535 Route 38 - Suite 580,
                 Cherry Hill, NJ 08002-2977
tr             +E-mail/Text: dmurphy@hargravelaw.com Sep 08 2016 23:09:27      John W. Hargrave,
                 Law Offices of John W. Hargrave,    117 Clements Bridge Rd,    Barrington, NJ 08007-1803
smg             E-mail/Text: usanj.njbankr@usdoj.gov Sep 08 2016 23:08:51      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 08 2016 23:08:49      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
514188275      +E-mail/Text: bncmail@w-legal.com Sep 08 2016 23:09:02      ANTIO, LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513987446      +E-mail/Text: bk.notifications@jpmchase.com Sep 08 2016 23:08:42      Chase,    PO Box 901076,
                 Fort Worth, TX 76101-2076
513987447       E-mail/Text: mrdiscen@discover.com Sep 08 2016 23:08:05      Discover Finanical Services,
                 PO Box 15316,    Wilmington, DE 19850
514015070       E-mail/Text: mrdiscen@discover.com Sep 08 2016 23:08:05      Discover Bank,
                 DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
513987450      +E-mail/Text: ebn@ltdfin.com Sep 08 2016 23:08:41      Ltd Financial Services,
                 7322 Southwest FWY Ste 1600,    Houston, TX 77074-2134
513987451       E-mail/Text: camanagement@mtb.com Sep 08 2016 23:08:42      M & T Bank,    PO Box 767,
                 Buffalo, NY 14240
514094000       E-mail/Text: camanagement@mtb.com Sep 08 2016 23:08:42      M&T Bank,    P.O. Box 1288,
                 Buffalo,New York 14240
514162066       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2016 23:08:43
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,   Kirkland, WA 98083-0788
514207517       E-mail/Text: bnc-quantum@quantum3group.com Sep 08 2016 23:08:43
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA 98083-0788
                                                                                               TOTAL: 13

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```

```
District/off: 0312-1            User: admin              Page 2 of 2              Date Rcvd: Sep 08, 2016
                                Form ID: 199             Total Noticed: 39

aty*           +Joel A. Ackerman,   Zucker Goldberg & Ackerman,   200 Sheffield Street,   Suite 301,
                Mountainside, NJ 07092-2315
lm*            +Wells Fargo Home Mortgage,   PO Box 10335,   Des Moines, IA 50306-0335
513987448    ##+Dynia & Associates, LLC,   4849 N Milwaukee Ave,   Suite 801,   Chicago, IL 60630-2680
                                                                                 TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 10, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 7, 2016 at the address(es) listed below:
              Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
              Andrew  Sklar    andy@sklarlaw.com,
               NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
              Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
              Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              John  Hargrave    on behalf of Debtor Darlene  Mullins info@hargravelaw.com
              John W. Hargrave    trustee@hargravelaw.com,   jhargrave@ecf.epiqsystems.com;jwh@trustesolutions.net
              Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
               bkgroup@kmllawgroup.com
                                                                                             TOTAL: 8
```