UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:  
MULLINS, DARLENE

Case No.: 13-22472-ABA  
Chapter: 7  
Judge: Andrew B. Altenburg, Jr.

**NOTICE OF PROPOSED ABANDONMENT**

Andrew Sklar, Chapter 7 Trustee in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

| Address of the Clerk: | James J. Waldron, Clerk<br>US Bankruptcy Court<br>District of New Jersey<br>PO Box 2067<br>Camden, NJ 08101 |
|---|---|

If an objection is filed, a hearing will be held before the Honorable Andrew B. Altenburg, Jr. on November 29, 2016 at 10:00 a.m. at the United States Bankruptcy Court, Courtroom No. _4B_. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

| Description and value of property: | 124 MEADOWLARK ROAD, STRATFORD NJ 08084<br>(FMV $178,000) |
|---|---|

| Liens on property: | $207,656 Wells Fargo |
|---|---|

| Amount of equity claimed as exempt: | $0.00 |
|---|---|

Objections must be served on, and requests for additional information directed to:

Name:      Andrew Sklar, Chapter 7 Trustee

Address:   1200 Laurel Oak Road - Suite 102, Voorhees, NJ 08043

Telephone No.: 856-258-4050

United States Bankruptcy Court
District of New Jersey

In re:                                                            Case No. 13-22472-ABA
Darlene Mullins                                                   Chapter 7
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin              Page 1 of 2           Date Rcvd: Oct 26, 2016
                              Form ID: pdf905          Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 28, 2016.
```
db           +Darlene Mullins,    124 Meadowlark Road,    Stratford, NJ 08084-1912
513987441    +American Express,    PO Box 1270,    Newark, NJ 07101-1270
514245250     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
513987442    +Bank Of America,    PO Box 15716,    Wilmington, DE 19886-5716
513987443    +Barclays Bank Delaware,    PO Box 8803,    Wilmington, DE 19899-8803
513987449   ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
             (address filed with court: Home Depot Credit Services,    PO Box 182676,
               Columbus, OH   43218-2676)
513987444    +Camden County Superior Court,    101 South Fifth Street,    Camden, NJ 08103-4001
513987445     Chadwicks Of Boston,    PO Box 659728,    San Antonio, TX 78265-9728
514011086    +Department Stores National Bank/Macy's,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
514007445    +Department Stores National Bank/Macys,    Bankruptcy Processing,    Po Box 8053,
               Mason, OH 45040-8053
514036694    +FIA CARD SERVICES, N.A.,    P O Box 982284,    El Paso, TX 79998-2284
513987452    +Macys,    PO Box 8218,    Mason, OH 45040-8218
513987453    +Nationwide Credit, Inc,    PO Box 26311,    Lehigh Valley, PA 18002-6314
513987454    +Parkside Resorts,    1827 Merrimac Trail,    Williamsburg, VA 23185-5905
513987455     Sears Credit Cards,    PO Box 183082,    Columbus, OH 43218-3082
513987456    +The Law Offices Of Dawn J Leeds,    1206 N Delware Street,    Paulsboro, NJ 08066-1321
513987457    +United Collection Bureau, Inc,    PO Box 1448,    Maumee, OH 43537-8448
514217564    +Wells Fargo Bank, NA,    c/o Zucker Goldberg & Ackerman,    200 Sheffied Street, Suite 301,
               Mountainside, NJ 07092-2315
514218077    +Wells Fargo Bank, NA,    Attn: Bankruptcy Dept.,    MAC #D3347-014,    3476 Stateview Blvd,
               Fort Mill, SC 29715-7203
513987458    +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
513987459   #+Zucker Goldberg And Ackerman, LLC,    200 Sheffield Street Suite 301,    PO Box 1024,
               Mountainside, NJ 07092-0024
513987460   #+Zwicker & Associates PC,    1101 Laurel Oak Rd, Suite 130,    Voorhees, NJ 08043-4322
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Oct 26 2016 23:06:58     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 26 2016 23:06:56     United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
514188275    +E-mail/Text: bncmail@w-legal.com Oct 26 2016 23:07:05     ANTIO, LLC,
               C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
513987446    +E-mail/Text: bk.notifications@jpmchase.com Oct 26 2016 23:06:43     Chase,    PO Box 901076,
               Fort Worth, TX 76101-2076
513987447     E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11     Discover Finanical Services,
               PO Box 15316,    Wilmington, DE 19850
514015070     E-mail/Text: mrdiscen@discover.com Oct 26 2016 23:06:11     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH 43054-3025
513987450    +E-mail/Text: ebn@ltdfin.com Oct 26 2016 23:06:40     Ltd Financial Services,
               7322 Southwest FWY Ste 1600,    Houston, TX 77074-2134
513987451     E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41     M & T Bank,    PO Box 767,
               Buffalo, NY 14240
514094000     E-mail/Text: camanagement@mtb.com Oct 26 2016 23:06:41     M&T Bank,    P.O. Box 1288,
               Buffalo,New York 14240
514162066     E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2016 23:06:46
               Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
514207517     E-mail/Text: bnc-quantum@quantum3group.com Oct 26 2016 23:06:46
               Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
lm*          +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
513987448   ##+Dynia & Associates, LLC,    4849 N Milwaukee Ave,    Suite 801,    Chicago, IL 60630-2680
                                                                                              TOTALS: 0, * 1, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: Oct 26, 2016
                              Form ID: pdf905          Total Noticed: 33
```

***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 28, 2016                              Signature:  /s/Joseph Speetjens

___

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 25, 2016 at the address(es) listed below:

```
          Alexandra T. Garcia    on behalf of Creditor    M&T Bank NJECFMAIL@mwc-law.com
          Andrew   Sklar    andy@sklarlaw.com,
           NJ43@ecfcbis.com;heather@sklarlaw.com;sklar@remote7solutions.com
          Andrew L. Spivack    on behalf of Creditor    Wells Fargo Bank, NA nj.bkecf@fedphe.com
          Denise E. Carlon    on behalf of Creditor    M&T Bank bankruptcynotice@zuckergoldberg.com,
           bkgroup@kmllawgroup.com
          Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
           summarymail@standingtrustee.com
          John   Hargrave    on behalf of Debtor Darlene  Mullins info@hargravelaw.com
          Joshua I. Goldman    on behalf of Creditor    M&T Bank jgoldman@kmllawgroup.com,
           bkgroup@kmllawgroup.com
                                                                                             TOTAL: 7
```